# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 21, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142942(24)

PEOPLE OF THE STATE OF MICHIGAN,
            Plaintiff-Appellee,

v                                                     SC: 142942
                                                      COA: 302095
                                                      Branch CC: 06-038482-FC
ANTHONY LUIS PRITCHETT,
            Defendant-Appellant.

_____/

        On order of the Court, the motion for reconsideration of this Court's September 6, 2011 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 21, 2011                    _____
                                                              Clerk

d1114